

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2015

No. 04-14-00762-CR

Jason Robert **VANWINKLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000041
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due April 20, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court